No. 690. HAMMOND v. HULL ET AL. March 15, 1943. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application. *Messrs. George W. Dalzell, Daniel G. Albert,* and *Wilber Stammler* for petitioner. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Mr. Archibald Cox* for respondents. ▮

No. 685. GRAHAM v. WARDEN, U. S. PENITENTIARY, McNEIL ISLAND, WASHINGTON. March 15, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Jack Graham, pro se. Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* for respondent. ▮

No. 701. LYNCH v. UNITED STATES. March 15, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Joseph P. Lynch, pro se. Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Robert S. Erdahl* for the United States. ▮

No. 784. GOODALE v. CAMPBELL ET AL. March 15, 1943. Petition for writ of certiorari to the Supreme Court of Michigan denied. *Hazel Frances Goodale, pro se.*

No. 688. MEAD v. COMMISSIONER OF INTERNAL REVENUE. April 5, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Walter J. Knabe* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark,*